UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 18-7660-DMG (AFMx)** | Date | November 18, 2019 |
|---|---|---|---|

| Title | *Karenina Chu v. TD Bank USA Target Credit* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:  IN CHAMBERS – ORDER TO SHOW CAUSE**


On July 11, 2019, the Court ordered the parties participate in a mediation conference by November 8, 2019.  [Doc. # 16.]  As required by the Court's July 11, 2019 Order, a joint status report re settlement was due seven (7) days after the mediation conference.   To date, a joint status report re settlement has not been filed.

IT IS HEREBY ORDERED that Plaintiff show cause in writing no later than **November 25, 2019**, why sanctions should not be imposed for failure to comply with the Court's Order. The filing of a joint status report re settlement by the deadline will be deemed a satisfactory response.

IT IS SO ORDERED.